**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      CR 13-179 S

GBABIA KOLLIE,
    Defendant.

### ORDER

The Report and Recommendation of United States Magistrate Judge Patricia A. Sullivan filed on February 4th, 2014 (ECF #22), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant Kollie's Motion to Dismiss is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/28/14